**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY FLORIDA**
**CIVIL DIVISION**

THOMAS KEREKES,

    Plaintiff,

vs.                                              CASE NO.

WALMART STORES EAST, LP

    Defendant,

_____/

## **COMPLAINT**

Plaintiff, THOMAS KEREKES, by and through the undersigned counsel, hereby sues Defendant, WALMART STORES EAST, LP, and alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS AND ONE DOLLARS ($50,001.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, THOMAS KEREKES, is a natural person residing in Lee County, Florida.

3. At all times material to this action, Defendant, WALMART STORES EAST, LP, is a Foreign Limited Partnership licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, WALMART STORES EAST, LP, was the owner and in possession of that certain business located at 19975 S Tamiami Trail, Estero, Lee County, Florida, open to the general public, including the Plaintiff herein.

5. On or about November 15, 2021, Plaintiff, THOMAS KEREKES, visited Defendant's premises located at the above address as a business invitee and/or guest.

6. At said time and place, Plaintiff, THOMAS KEREKES, was a lawfully guest upon the premises of the Defendant, WALMART STORES EAST, LP, who owed Plaintiff a nondelegable duty to exercise reasonable care for his safety.

7. At said time and place, Defendant owed Plaintiff duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous conditions on their premises.

8. At said time and place, Defendant breached these duties to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the foreign transitory substance in the restroom, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

   b) Negligently failing to warn Plaintiff of the danger of the foreign transitory substance in the restroom when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

   c) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the foreign transitory substance in the restroom since said condition occurred with regularity and was therefore foreseeable;

   d) Negligently failing to warn the Plaintiff of the danger of the foreign transitory substance in the restroom, when said condition occurred with regularity and was therefore foreseeable.

9. As a result, while Plaintiff was visiting Defendant's business, he slipped and fell on a transitory foreign substance in the restroom, sustaining significant personal injuries.

10. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization,

medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, THOMAS KEREKES, sues the Defendant, WALMART STORES EAST, LP, for damages and demands judgment in excess of Fifty Thousand Dollars and One Dollars ($50,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 13th day of January, 2023.

*/s/ Kristin L. Stocks*
Kristin L. Stocks, Esquire
Florida Bar No.: 46790
Attorney for Plaintiff
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: (239) 210-5352
Fax: (239) 204-4089
Email:  kstocks@forthepeople.com
              lpletcher@forthepeople.com
*Attorney for Plaintiff*